Tayjes M. Shah, ESQUIRE
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Phone (540) 672-4224
Fax (610) 940-0284
NJ Bar ID 01750-2009

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THOMAS BARNES** | ) |
| | ) |
| | ) |
| | ) |
| Plaintiffs, | ) Case No. 2:11-cv-04163-SDW -MCA |
| v. | ) |
| | ) MDL No. 2158 |
| **ZIMMER HOLDINGS, INC.** and | ) |
| **ZIMMER, INC.,** | ) Notice of Voluntary Dismissal |
| | ) |
| Defendants. | ) |

## Notice of Voluntary Dismissal

Plaintiff **THOMAS BARNES** hereby voluntarily dismisses without prejudice all counts of Plaintiff's Complaint.

    For the purposes of this dismissal to date, Defendant has not answered or otherwise appeared.

THE MILLER FIRM, LLC

BY: */s/ Tayjes Shah*

Tayjes M. Shah, ESQUIRE
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Phone (540) 672-4224
Fax (540) 672-3055
*Attorneys for Plaintiff Thomas Barnes*

Dated: 10/13/11